No. 533

SCOTT v. RICHARDS

Ohio Appeals, 2nd Dist., Franklin Co.

No. 1489. Decided March 4, 1927.

1100. SPECIFIC PERFORMANCE — A partial payment is not a sufficient tender upon which to base an action for specific performance.

First Publication of this Opinion

BY THE COURT

This is an application for re-hearing.

Counsel for plaintiff in error urges a re-hearing chiefly upon two points, first that $100 had been paid on the purchase price and, second, that the first tender under the contract should have been made by the vendor..

In respect to the payment of $100 we think that alone would not relieve against the tender required on behalf of plaintiff as a basis for an action of specific performance. We are of the opinion that the contract contemplated mutual and reciprocal duties in its performance. The plaintiff, being the party who seeks equitable relief, must aver and prove that he himself was ready, able and willing to perform and that he had tendered actual performance. Brewing Co. v. Maxwell, 76 OS. 34.

Application denied.

(Ferneding, Kunkle and Allread, JJ., concur).

Attorneys—F. S. Monnett and C. R. Doll for Scott; Lucas & Keating for Richards; all of Columbus.

---

┌─────────────────────────┐
│ **Weekly Abstract of**  │
│ **PENDING CASES**       │
└─────────────────────────┘

**EXPLANATION.** The following statements, synopsizing cases recently docketed in the Supreme Court, were prepared by our editors, from the recitals, arguments, etc., appearing in the Motion to Certify, Briefs and other papers filed therewith.

It should be borne in mind that the Pending cases are, as yet, undecided, and the results merely problematical. They are published in the Abstract, premonitorially, to acquaint the Bar with the issues in them, and to confront the lawyers with knowledge that, as an authority, they, and former decision in the case, will be unsettled, until a final decision is made.

Consult the weekly Concordance closely, to ascertain the dispositions finally made of the cases by the higher courts.

For meaning of Abreviations, See Ternary Digest, page XII.